**Order entered December 8, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00598-CV

**MARC HEALEY, Appellant**

**V.**

**NATASHA ROMERO F/K/A/ NATASHA HALL AND ROYCE HALL, III,
D/B/A NO LIMIT RETRIEVERS, Appellees**

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 92099-CC2**

## ORDER

Before the Court is appellant's December 4, 2017 motion for an extension of time to file

a brief. We **GRANT** the motion and extend the time to **January 2, 2018**.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE